**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

**JAVIER BATISTA-CABRERA,**
**Petitioner,**

**v.** **Case No. 26-CV-458**

**KEVIN GARCEAU,**
**Respondent.**

---

# ORDER

On August 17, 2026, Magistrate Judge Stephen C. Dries issued a decision recommending that this petition be dismissed as frivolous and because the claims do not arise under the Constitution or laws or treaties of the United States, are not exhausted, and are untimely. The decision was mailed that day to petitioner. Under Federal Rule of Civil Procedure 72(b)(2) and General Local Rule 72(c), the petitioner had 14 days to file written objections to the order. That time expired on August 31, 2026, without the plaintiff's having filed an objection. Moreover, I have reviewed the order de novo and find that no part of it is erroneous or contrary to law.

**THEREFORE, IT IS ORDERED** that Magistrate Judge Dries's Report & Recommendation (ECF No. 10) is **ADOPTED** in its entirety, the petition is **DISMISSED**, and the Clerk of Court shall enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 17th day of September, 2026.

/s/ Lynn Adelman
LYNN ADELMAN
District Judge